| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Janet Louise McCauley-Green |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 16-47391-mlo |

# Form 4100R
## Response to Notice of Final Cure Payment   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 1 7 6

**Property address:**
8610 Braile St.
Number     Street

Detroit     MI     48228-2810
City        State  ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ 1,768.55

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 0.00

c. **Total.** Add lines a and b.   Less Suspense Balance $273.45   (c) $ 1,495.10

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   02/01/2022 MM/DD/YYYY

Form 4100R   Response to Notice of Final Cure Payment   page 1

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Molly Slutsky Simons**
Signature

Date __6__/__1__/__2022__

Print: **Molly Slutsky Simons**
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: **394 Wards Corner Road, Suite 180**
Number   Street

**Loveland**    **OH**    **45140**
City   State   ZIP Code

Contact phone (__513__) __444__ – __4100__

Email: bankruptcy@sottileandbarile.com



| Loan# | | | | | PAYMENT CHANGES | | | |
|---|---|---|---|---|---|---|---|---|
| Borrower: | McCauley | | | DATE | P&I | Escrow | TOTAL | Reference |
| Date Filed: | 5/16/2016 | | | 02/01/16 | 244.24 | 208.65 | 452.89 | |
| BK Case # | 16-47391 | | | 06/01/16 | 244.24 | 207.51 | 451.75 | Payment listed in POC |
| | | | | 03/01/17 | 244.24 | 188.07 | 432.31 | NOPC filed with the court |
| First Post Petition Due Date: | 6/1/2016 | | | 06/01/17 | 244.24 | 236.90 | 481.14 | NOPC filed with the court |
| POC covers: | 2/1/16-5/1/16 | | TPA | 06/01/18 | 244.24 | 305.86 | 550.10 | NOPC filed with the court |
| MOD EFFECTIVE DATE: | | | | 06/01/19 | 244.24 | 242.19 | 486.43 | NOPC filed with the court |
| | | | | 06/01/20 | 244.24 | 383.71 | 627.95 | NOPC filed with the court |
| | | | | 06/01/20 | 244.24 | 383.71 | 627.95 | NOPC filed with the court |
| | | | | 07/01/21 | 244.24 | 109.09 | 353.33 | NOPC filed with the court |
| | | | | 02/01/22 | 244.24 | 109.47 | 353.71 | NOPC filed with the court |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $9.77 | $0.00 | | |
| 12/15/2016 | $582.78 | post | 6/1/16 | 2/1/16 | $451.75 | $131.03 | $131.03 | | $131.03 | | | | $9.77 | $0.00 | | |
| 1/11/2017 | $488.01 | post | 7/1/16 | 3/1/16 | $451.75 | $36.26 | $36.26 | | $167.29 | | | | $9.77 | $0.00 | | |
| 2/14/2017 | $689.88 | post | 8/1/16 | 4/1/16 | $451.75 | $238.13 | $238.13 | | $405.42 | | | | $9.77 | $0.00 | | |
| 4/14/2017 | $670.69 | post | 9/1/16 | 5/1/16 | $451.75 | $218.94 | $218.94 | | $624.36 | | | | $9.77 | $0.00 | | |
| 4/14/2017 | | post | 10/1/16 | 6/1/16 | $451.75 | -$451.75 | | $451.75 | $172.61 | | | | $9.77 | $0.00 | | |
| 5/15/2017 | $492.63 | post | 11/1/16 | 7/1/16 | $451.75 | $40.88 | $40.88 | | $213.49 | | | | $9.77 | $0.00 | | |
| 6/14/2017 | $679.73 | post | 12/1/16 | 8/1/16 | $451.75 | $227.98 | $227.98 | | $441.47 | | | | $9.77 | $0.00 | | |
| 7/13/2017 | $305.53 | post | 1/1/17 | 9/1/16 | $451.75 | -$146.22 | | $146.22 | $295.25 | | | | $9.77 | $0.00 | | |
| 8/14/2017 | $679.73 | post | 2/1/17 | 10/1/16 | $451.75 | $227.98 | $227.98 | | $523.23 | | | | $9.77 | $0.00 | | |
| 9/18/2017 | $679.73 | post | 3/1/17 | 11/1/16 | $432.31 | $247.42 | $247.42 | | $770.65 | | | | $9.77 | $0.00 | | |
| 9/18/2017 | | post | 4/1/17 | 12/1/16 | $432.31 | -$432.31 | | $432.31 | $338.34 | | | | $9.77 | $0.00 | | |
| 10/16/2017 | $492.63 | post | 5/1/17 | 1/1/17 | $432.31 | $60.32 | $60.32 | | $398.66 | | | | $9.77 | $0.00 | | |
| 11/10/2017 | $679.73 | post | 6/1/17 | 2/1/17 | $481.14 | $198.59 | $198.59 | | $597.25 | | | | $9.77 | $0.00 | | |
| 12/14/2017 | $305.53 | post | 7/1/17 | 3/1/17 | $481.14 | -$175.61 | | $175.61 | $421.64 | | | | $9.77 | $0.00 | | |
| 1/11/2018 | $679.73 | post | 8/1/17 | 4/1/17 | $481.14 | $198.59 | $198.59 | | $620.23 | | | | $9.77 | $0.00 | | |
| 2/20/2018 | $679.73 | post | 9/1/17 | 5/1/17 | $481.14 | $198.59 | $198.59 | | $818.82 | | | | $9.77 | $0.00 | | |
| 2/20/2018 | | post | 10/1/17 | 6/1/17 | $481.14 | -$481.14 | | $481.14 | $337.68 | | | | $9.77 | $0.00 | | |
| 3/20/2018 | $492.63 | post | 11/1/17 | 7/1/17 | $481.14 | $11.49 | $11.49 | | $349.17 | | | | $9.77 | $0.00 | | |
| 4/17/2018 | $492.63 | post | 12/1/17 | 8/1/17 | $481.14 | $11.49 | $11.49 | | $360.66 | | | | $9.77 | $0.00 | | |
| 5/15/2018 | $492.63 | post | 1/1/18 | 9/1/17 | $481.14 | $11.49 | $11.49 | | $372.15 | | | | $9.77 | $0.00 | | |
| 6/14/2018 | $679.73 | post | 2/1/18 | 10/1/17 | $481.14 | $198.59 | $198.59 | | $570.74 | | | | $9.77 | $0.00 | | |
| 7/11/2018 | $492.63 | post | 3/1/18 | 11/1/17 | $481.14 | $11.49 | $11.49 | | $582.23 | | | | $9.77 | $0.00 | | |
| 8/13/2018 | $679.73 | post | 4/1/18 | 12/1/17 | $481.14 | $198.59 | $198.59 | | $780.82 | | | | $9.77 | $0.00 | | |
| 9/17/2018 | $492.63 | post | 5/1/18 | 1/1/18 | $481.14 | $11.49 | $11.49 | | $792.31 | | | | $9.77 | $0.00 | | |
| 10/12/2018 | $492.63 | post | 6/1/18 | 2/1/18 | $550.10 | -$57.47 | | $57.47 | $734.84 | | | | $9.77 | $0.00 | | |
| 11/29/2018 | $679.73 | post | 7/1/18 | 3/1/18 | $550.10 | $129.63 | $129.63 | | $864.47 | | | | $9.77 | $0.00 | | |
| 12/18/2018 | $305.53 | post | 8/1/18 | 4/1/18 | $550.10 | -$244.57 | | $244.57 | $619.90 | | | | $9.77 | $0.00 | | |
| 12/18/2018 | | post | 9/1/18 | 5/1/18 | $550.10 | -$550.10 | | $550.10 | $69.80 | | | | $9.77 | $0.00 | | |
| 1/14/2019 | $679.73 | post | 10/1/18 | 6/1/18 | $550.10 | $129.63 | $129.63 | | $199.43 | | | | $9.77 | $0.00 | | |
| 2/20/2019 | $24.12 | post | suspense | | | $24.12 | $24.12 | | $223.55 | | | | $9.77 | $0.00 | | |
| 3/15/2019 | $305.53 | post | suspense | | | $305.53 | $305.53 | | $529.08 | | | | $9.77 | $0.00 | | |
| 4/12/2019 | $679.73 | post | 11/1/18 | 7/1/18 | $550.10 | $129.63 | $129.63 | | $658.71 | | | | $9.77 | $0.00 | | |
| 4/12/2019 | | post | 12/1/18 | 8/1/18 | $550.10 | -$550.10 | | $550.10 | $108.61 | | | | $9.77 | $0.00 | | |
| 5/15/2019 | $679.73 | post | 1/1/19 | 9/1/18 | $550.10 | $129.63 | $129.63 | | $238.24 | | | | $9.77 | $0.00 | | |
| 6/13/2019 | $492.63 | post | 2/1/19 | 10/1/18 | $550.10 | -$57.47 | | $57.47 | $180.77 | | | | $9.77 | $0.00 | | |
| 7/22/2019 | $623.67 | post | 3/1/19 | 11/1/18 | $550.10 | $73.57 | $73.57 | | $254.34 | | | | $9.77 | $0.00 | | |
| 8/14/2019 | $935.50 | post | 4/1/19 | 12/1/18 | $550.10 | $385.40 | $385.40 | | $639.74 | | | | $9.77 | $0.00 | | |
| 8/14/2019 | | post | 5/1/19 | 1/1/19 | $550.10 | -$550.10 | | $550.10 | $89.64 | | | | $9.77 | $0.00 | | |
| 10/16/2019 | $780.96 | post | 6/1/19 | 2/1/19 | $486.43 | $294.53 | $294.53 | | $384.17 | | | | $9.77 | $0.00 | | |
| 10/21/2019 | $780.96 | post | 7/1/19 | 3/1/19 | $486.43 | $294.53 | $294.53 | | $678.70 | | | | $9.77 | $0.00 | | |
| 10/21/2019 | | post | 8/1/19 | 4/1/19 | $486.43 | -$486.43 | | $486.43 | $192.27 | | | | $9.77 | $0.00 | | |
| 11/18/2019 | $940.60 | post | 9/1/19 | 5/1/19 | $486.43 | $454.17 | $454.17 | | $646.44 | | | | $9.77 | $0.00 | | |
| 11/18/2019 | | post | 10/1/19 | 6/1/19 | $486.43 | -$486.43 | | $486.43 | $160.01 | | | | $9.77 | $0.00 | | |
| 12/13/2019 | $752.48 | post | 11/1/19 | 7/1/19 | $486.43 | $266.05 | $266.05 | | $426.06 | | | | $9.77 | $0.00 | | |
| 1/16/2020 | $629.91 | post | 12/1/19 | 8/1/19 | $486.43 | $143.48 | $143.48 | | $569.54 | | | | $9.77 | $0.00 | | |
| 1/16/2020 | | post | 1/1/20 | 9/1/19 | $486.43 | -$486.43 | | $486.43 | $83.11 | | | | $9.77 | $0.00 | | |
| 2/18/2020 | $486.43 | post | 2/1/20 | 10/1/19 | $486.43 | $0.00 | | | $83.11 | | | | $9.77 | $0.00 | | |
| 2/18/2020 | | pre | pre-petition | | | $0.00 | | | $83.11 | | $179.73 | | $189.50 | $179.73 | | |
| 3/13/2020 | $486.43 | post | 3/1/20 | 11/1/19 | $486.43 | $0.00 | | | $83.11 | | | | $189.50 | $179.73 | | |
| 3/13/2020 | | pre | pre-petition | | | $0.00 | | | $83.11 | | $151.13 | | $340.63 | $330.86 | | |
| 4/16/2020 | $486.43 | post | 4/1/20 | 12/1/19 | $486.43 | $0.00 | | | $83.11 | | | | $340.63 | $330.86 | | |
| 4/16/2020 | | pre | pre-petition | | | $0.00 | | | $83.11 | | $150.86 | | $491.49 | $481.72 | | |
| 4/16/2020 | | pre | contractual aplied | 1/1/20 | | $0.00 | | | $83.11 | 2/1/2016 | | $452.89 | $38.60 | $481.72 | | |
| 5/18/2020 | $486.43 | post | 5/1/20 | 2/1/20 | $486.43 | $0.00 | | | $83.11 | | | | $38.60 | $481.72 | | |
| 5/18/2020 | | pre | pre-petition | | | $0.00 | | | $83.11 | | $139.07 | | $177.67 | $620.79 | | |
| 7/15/2020 | $868.27 | post | 6/1/20 | 3/1/20 | $627.95 | $240.32 | $240.32 | | $323.43 | | | | $177.67 | $620.79 | | |
| 8/13/2020 | $732.12 | post | 7/1/20 | 4/1/20 | $627.95 | $104.17 | $104.17 | | $427.60 | | | | $177.67 | $620.79 | | |
| 9/14/2020 | $732.12 | post | 8/1/20 | 5/1/20 | $627.95 | $104.17 | $104.17 | | $531.77 | | | | $177.67 | $620.79 | | |
| 10/20/2020 | $807.24 | post | 9/1/20 | 6/1/20 | $627.95 | $179.29 | $179.29 | | $711.06 | | | | $177.67 | $620.79 | | |
| 10/20/2020 | | pre | pre-petition | | | $0.00 | | | $711.06 | | $51.82 | | $229.49 | $672.61 | | |
| 10/20/2020 | | post | 10/1/20 | 7/1/20 | $627.95 | -$627.95 | | $627.95 | $83.11 | | | | $229.49 | $672.61 | | |
| 11/10/2020 | $627.95 | post | 11/1/20 | 8/1/20 | $627.95 | $0.00 | | | $83.11 | | | | $229.49 | $672.61 | | |
| 11/10/2020 | | pre | pre-petition | | | $0.00 | | | $83.11 | | $58.75 | | $288.24 | $731.36 | | |
| 12/23/2020 | $627.95 | post | 12/1/20 | 9/1/20 | $627.95 | $0.00 | | | $83.11 | | | | $288.24 | $731.36 | | |
| 12/23/2020 | | pre | pre-petition | | | $0.00 | | | $83.11 | | $58.64 | | $346.88 | $790.00 | | |
| 1/20/2021 | $627.95 | post | 1/1/21 | 10/1/20 | $627.95 | $0.00 | | | $83.11 | | | | $346.88 | $790.00 | | |
| 1/20/2021 | | pre | pre-petition | | | $0.00 | | | $83.11 | | $161.39 | | $508.27 | $951.39 | | |
| 2/11/2021 | $627.95 | post | 2/1/21 | 11/1/20 | $627.95 | $0.00 | | | $83.11 | | | | $508.27 | $951.39 | | |
| 2/11/2021 | | pre | pre-petition | | | $0.00 | | | $83.11 | | $58.43 | | $566.70 | $1,009.82 | | |
| 3/10/2021 | $897.00 | | suspense | | | $897.00 | $897.00 | | $980.11 | | | | $566.70 | $1,009.82 | | |
| 3/26/2021 | $627.95 | post | 3/1/21 | 12/1/20 | $627.95 | $0.00 | | | $980.11 | | | | $566.70 | $1,009.82 | | |
| 3/26/2021 | | pre | pre-petition | | | $0.00 | | | $980.11 | | $58.32 | | $625.02 | $1,068.14 | | |
| 4/14/2021 | $627.95 | post | 4/1/21 | 1/1/21 | $627.95 | $0.00 | | | $980.11 | | | | $625.02 | $1,068.14 | | |
| 4/14/2021 | | pre | pre-petition | | | $0.00 | | | $980.11 | | $160.51 | | $785.53 | $1,228.65 | | |
| 4/15/2021 | | pre | applied to escrow | | | $0.00 | | | $980.11 | | | $751.99 | $33.54 | $1,228.65 | | |
| 5/12/2021 | $627.95 | post | 5/1/21 | 2/1/21 | $627.95 | $0.00 | | | $980.11 | | | | $33.54 | $1,228.65 | | |
| 5/12/2021 | | pre | pre-petition | | | $0.00 | | | $980.11 | | $54.50 | | $88.04 | $1,283.15 | | |
| 6/14/2021 | $549.09 | post | 6/1/21 | 3/1/21 | $627.95 | -$78.86 | | $78.86 | $901.25 | | | | $88.04 | $1,283.15 | | |
| 7/13/2021 | $432.19 | post | 7/1/21 | 4/1/21 | $353.33 | $78.86 | $78.86 | | $980.11 | | | | $88.04 | $1,283.15 | | |
| 7/13/2021 | | pre | pre-petition | | | $0.00 | | | $980.11 | | $165.89 | | $253.93 | $1,449.04 | | |
| 8/10/2021 | $353.33 | post | 8/1/21 | 5/1/21 | $353.33 | $0.00 | | | $980.11 | | | | $253.93 | $1,449.04 | | |
| 8/10/2021 | | pre | pre-petition | | | $0.00 | | | $980.11 | | $108.80 | | $362.73 | $1,557.84 | | |
| 9/8/2021 | $353.33 | post | 9/1/21 | 6/1/21 | $353.33 | $0.00 | | | $980.11 | | | | $362.73 | $1,557.84 | | |
| 9/8/2021 | | pre | pre-petition | | | $0.00 | | | $980.11 | | $329.85 | | $692.58 | $1,887.69 | | |
| 9/8/2021 | | pre | contractual applied | 7/1/21 | | $0.00 | | | $980.11 | 3/1/2016 | | $452.89 | $239.69 | $1,887.69 | | |

| Date | Amount | Type | Due Date | Period | Charge | Balance | Payment | Running | | | Escrow | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2021 | $353.33 | post | 10/1/21 | 8/1/21 | $353.33 | $0.00 | | | $980.11 | | | $239.69 | $1,887.69 |
| 11/23/2021 | $353.33 | post | 11/1/21 | 9/1/21 | $353.33 | $0.00 | | | $980.11 | | | $239.69 | $1,887.69 |
| | | post | 12/1/21 | 10/1/21 | $353.33 | -$353.33 | $353.33 | | $626.78 | | | $239.69 | $1,887.69 |
| | | post | 1/1/22 | 11/1/21 | $353.33 | -$353.33 | $353.33 | | $273.45 | | | $239.69 | $1,887.69 |
| | | | | | | $0.00 | | | $273.45 | | | $239.69 | $1,887.69 |
| | | | | | | $0.00 | | | $273.45 | | | $239.69 | $1,887.69 |
| | | | | | | $0.00 | | | $273.45 | | | $239.69 | $1,887.69 |
| | | | | | | $0.00 | | | $273.45 | | | $239.69 | $1,887.69 |
| | | | | | | $0.00 | | | $273.45 | | | $239.69 | $1,887.69 |
| Due | | | 2/1/22 | | $353.71 | -$353.71 | | | $273.45 | | | $239.69 | $1,887.69 |
| | | | 3/1/22 | | $353.71 | -$353.71 | | | $273.45 | | | $239.69 | $1,887.69 |
| | | | 4/1/22 | | $353.71 | -$353.71 | | | $273.45 | | | $239.69 | $1,887.69 |
| | | | 5/1/22 | | $353.71 | -$353.71 | | | $273.45 | | | $239.69 | $1,887.69 |
| | | | 6/1/22 | | $353.71 | -$353.71 | | | $273.45 | | | $239.69 | $1,887.69 |
| | | | | | | $0.00 | | | $273.45 | | | $239.69 | $1,887.69 |

(Remaining rows continue with $0.00 / $273.45 / $239.69 / $1,887.69 pattern.)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 16-47391-mlo |
| Janet Louise McCauley-Green | Chapter 13 |
| Debtor. | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Response to Notice of Final Cure Payment has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on June 1, 2022 to the following:

Janet Louise McCauley-Green, Debtor
8610 Braile Street
Detroit, MI 48228

James P. Frego, II, Debtor's Counsel
fregolaw@aol.com

Toni Valchanov, Debtor's Counsel
fregolaw@aol.com

Tammy L. Terry, Chapter 13 Trustee
mieb_ecfadmin@det13.net

United States Trustee's Office
(registeredaddress)@usdoj.gov

                Respectfully Submitted,

                /s/ Molly Slutsky Simons
                Molly Slutsky Simons (OH 0083702)
                Sottile & Barile, Attorneys at Law
                394 Wards Corner Road, Suite 180
                Loveland, OH 45140
                Phone: 513.444.4100
                Email: bankruptcy@sottileandbarile.com
                Attorney for Creditor